UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **EUNICE PILLETTE** | **CIVIL DOCKET NO. 6:22-CV-04033** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **OCCIDENTAL FIRE & CASUALTY CO. OF NORTH CAROLINA** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 26], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that the VOLUNTARY MOTION TO DISMISS WITH PREJUDICE [Doc. 25] is GRANTED and that this matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS FURTHER ORDERED that plaintiff reserves all rights against former counsel, McClenny Moseley & Associates, PLLC, and the resolution of the attorney fee, expense, and costs issue.

THUS DONE AND SIGNED in Chambers this 19th day of August 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE